b18
02/09

## United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Hon Ma**
PO Box 1594
Escondido, CA 92033

Case number: 14–00460–LA7
Chapter: 7
Judge  Louise DeCarl Adler

Social Security No.:  xxx–xx–9848
*Debtor: No Known Aliases*

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 4/22/14

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                             Southern District of California
In re:                                                                  Case No. 14-00460-LA
Hon Ma                                                                  Chapter 7
               Debtor
                              CERTIFICATE OF NOTICE
District/off: 0974-3          User: admin                 Page 1 of 2          Date Rcvd: Apr 23, 2014
                              Form ID: b18                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2014.
db           +Hon Ma,    PO Box 1594,    Escondido, CA 92033-1594
smg          ++CALIFORNIA STATE BOARD OF EQUALIZATION,     ACCOUNT REFERENCE GROUP MIC 29,     P O BOX 942879,
               SACRAMENTO CA 94279-0029
              (address filed with court:   State Board of Equalization,      P.O. Box 942879,
               Sacramento, CA   94279)
smg          +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
13694598     +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,    Arlington, TX 76096-3853
13687314     +Atlanta Collection and Recover,    4125 Windward Plaza Drive,     Alpharetta, GA 30005-8738
13687318     +Check Mate,    9211 Clairemont Mesa Blvd,    102,    San Diego, CA 92123-1243
13687320     +Check N Go,    8199 Clairemont Mesa Blvd,    Suite L,    San Diego, CA 92111-1712
13687321     +Discount Advances/IGotit.com,    1712 Pioneer Avenue,     Suite 1410,   Cheyenne, WY 82001-4406
13687328     +Management Alliance,    330 Georgetown Square,     Ste 104,    Wood Dale, IL 60191-1890
13687329      Money Tree,    PO Box 58363,    Grosse Ile, MI 48138
13687330      NAS,    700 Norht Bank Blvd,    Suite 200,    Glendale, CA 91203
13687331     +National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
13687332     +One Main Financial,    PO Box 6042,    Sioux Falls, SD 57117-6042
13687333     +Pay Day Loan LLC,    351 West Mission Avenue,     Escondido, CA 92025-1729
13687334     +Pay Day Solutions,    13285 O'Bannon Station Way,     Louisville, KY 40223-4188
13687335     +Receivable Management Services,    4836 Brecksville Road,     PO Box 523,    Richfield, OH 44286-0523
13687336     +Sears / Citi Bank,    Centralized Bankruptcy,     PO Box 20507,    Kansas City, MO 64195-0507
13687339      USA Cash Advance,    8590 West Olympic Blvd,    Suite 129,    Beverly Hills, CA 90211
13687340     +USA Checks Cashed,    3001 El Cajon Blvd,    100,    San Diego, CA 92104-1387
13687341     +USA Checks Cashed,    521 Sweetwater Rd,    Spring Valley, CA 91977-5627
13687338     +Union Bank of California,    Attn: Bankruptcy Dept,     PO Box 85600,    San Diego, CA 92186-5600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QNWOLF.COM Apr 23 2014 23:53:00      Nancy Wolf,    P.O. Box 420448,
               San Diego, CA 92142-0448
smg           E-mail/Text: robertsl2@dnb.com Apr 23 2014 23:55:03      Dun & Bradstreet,
               Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,     PO Box 520,
               Center Valley, PA  18034-0520
smg          +EDI: EDD.COM Apr 23 2014 23:53:00      Employment Develop. Dept., State of CA,
               Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Apr 23 2014 23:53:00      Franchise Tax Board,    Attn:  Bankruptcy,
               P.O. Box 2952,   Sacramento, CA  95812-2952
smg           E-mail/Text: ustp.region15@usdoj.gov Apr 23 2014 23:54:53       United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Ste. 600,     San Diego, CA  92101-8511
13687312     +Fax: 800-550-5475 Apr 24 2014 00:33:52      500 Fast Cash,    515 G SE,    Miami, OK 74354-8224
13687313      Fax: 800-295-3568 Apr 24 2014 00:03:46      Ameriloan,    3531 P St. NW,    Miami,   Miami, OK 74355
13734129     +EDI: ATLASACQU.COM Apr 23 2014 23:53:00      Atlas Acquisitions LLC,     294 Union St.,
               Hackensack, NJ 07601-4303
13687337      EDI: CITICORP.COM Apr 23 2014 23:53:00      Shell Card,    PO Box 20363,    Kansas City, MO 64195
13687315     +E-mail/Text: cms-bk@cms-collect.com Apr 23 2014 23:54:52      Capital Management Services,
               698 1/2 S Ogben Street,    Buffalo, NY 14206-2317
13687316     +EDI: CAPITALONE.COM Apr 23 2014 23:53:00      Capital One,    PO Box  30285,
               Salt Lake City, UT 84130-0285
13687320     +EDI: CHECKNGO.COM Apr 23 2014 23:53:00      Check N Go,    8199 Clairemont Mesa Blvd,    Suite L,
               San Diego, CA 92111-1712
13687323     +E-mail/Text: christy@concordadvice.com Apr 23 2014 23:55:01      East Side Lenders,
               40 E Main Street,    Suite 410,   Newark, DE 19711-4639
13687324     +EDI: WFNNB.COM Apr 23 2014 23:53:00      Express / Commenity Bank,    PO Box 182125,
               Columbus, OH 43218-2125
13687325     +EDI: PHINAMERI.COM Apr 23 2014 23:53:00      GM Financial,    PO Box 183834,
               Arlington, TX 76096-3834
13687326     +EDI: CAPITALONE.COM Apr 23 2014 23:53:00      HSBC / Cap One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
13687327      EDI: IRS.COM Apr 23 2014 23:53:00      IRS,    Insolvency Group 2,    880 Front Street,
               San Diego, CA 92101
13694586      EDI: RECOVERYCORP.COM Apr 23 2014 23:53:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13687342     +EDI: WFFC.COM Apr 23 2014 23:53:00      Wells Fargo Dealer Services,    PO Box 25341,
               Santa Ana, CA 92799-5341
                                                                                                 TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13687317      Cashnet USA
13687319      Check Mate
13687322      Discount Tire Cap Retail Bank
```

```
District/off: 0974-3           User: admin                   Page 2 of 2                   Date Rcvd: Apr 23, 2014
                               Form ID: b18                  Total Noticed: 39

smg*           Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA 18034-0520
                                                                                       TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2014 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Julian  McMillan    on behalf of Debtor Hon  Ma julian@mcmillanlawgroup.com,
               mlgedfmail@gmail.com;leslie@mcmillanlawgroup.com
              Nancy  Wolf    nwolf@ecf.epiqsystems.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Toriana  Holmes    on behalf of Creditor    Wells Fargo Bank, N.A., dba Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. tsh@severson.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 6
```